UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARLEETA RAWLS,

    Plaintiff,                                            Case No. 12-10076

v.

                                                     Hon. John Corbett O'Meara

VANDENBERG, CHASE AND
ASSOCIATES, LLC,

    Defendant.
_____/

## ORDER OF PARTIAL DISMISSAL

On January 9, 2012, Plaintiff filed her complaint alleging violations of the Fair Debt Collection Practices Act (Count I) and the Michigan Occupational Code (Count II). Plaintiff does not allege that diversity jurisdiction exists.

Although Count I is cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present a claim based on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claim so as to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, IT IS HEREBY ORDERED that Count II of Plaintiff's complaint is DISMISSED.

                                                     s/John Corbett O'Meara
                                                     United States District Judge

Date:  January 27, 2012

       I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, January 27, 2012, using the ECF system.

                                               s/William Barkholz
                                               Case Manager